UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22068-CIV-MORENO

DAVID ORE,

    Plaintiff,

vs.

U.S. SECURITY ASSOCIATES, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

**THIS CAUSE** having come on to be heard on the stipulation of the parties, and the Court having considered the same, reviewed all documents related to the settlement of this matter, and being otherwise fully advised, finds that all matters in controversy and dispute between Plaintiff David Ore and Defendant U.S. Security Associates, Inc. have been fully settled by and between the parties, so therefore, it is:

**ORDERED AND ADJUDGED** as follows:

1.    The parties' Joint Motion for Stipulated Judgment After Approval of Settlement Agreement, filed on **March 18, 2008**, is **GRANTED**;

2.    The case is hereby **DISMISSED** with prejudice;

3.    Each party shall bear its own attorneys' fees and costs; and

4.    All pending motions are hereby **DENIED** as moot, and this case shall be **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of March, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record